# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| **Madgia Ames**, individually and on Behalf of the Estate of **Florence Thais Ames Goddard**, **Gerry Lionel Ames**, **Alethea Diane Ames-Brooks**, as Guardian of A.M.G.,<br><br>            Plaintiff(s),<br><br>v.<br><br>**Prisma Health**, **Prisma Health Baptist Hospital**, f/k/a **Palmetto Baptist Hospital**, **Prisma Health Midlands Network, LLC**, **Joseph Campbell, MD**, **John Doe Defendants 1-5**, **Jane Doe Defendants 1-5**,<br><br>            Defendant(s). | Case No.: 3:20-03594-MGL<br><br><br><br>**PLAINTIFFS' RULE 26(f) REPORT** |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed **October 16, 2020** is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed **October 16, 2020** requires modification as set forth in the attached proposed Consent Amended Scheduling Order (use format of the Court's standard scheduling order attached hereto). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) was separately filed by the Plaintiffs. The Proposed Order submitted by Defendant Joseph Campbell is acceptable to Plaintiffs. The Plaintiffs' Rule 26.03 Interrogatory Responses were separately filed by the Plaintiffs.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

SEITHEL LAW, LLC.

By:  /s/ *Lynn Seithel*
Lynn Seithel, Federal ID # 8017
Post Office Box 1929
John's Island, South Carolina 29457
Telephone: (843) 557-1699
Email : lynn@seithellaw.com

**Counsel for Plaintiffs**

November 20, 2020